IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BOTTOM LINE CONCEPTS, LLC,

Plaintiff,

v. Civil Action No.: 1:26-cv-02200

DSWC INC.,
OAKLYFE LLC,
CCSAC INC.,

Defendants.

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendants DSWC Inc. ("DSWC"), Oaklyfe, LLC ("Oaklyfe"), and CCSAC Inc. ("CCSAC"), (collectively, "Defendants"), by and through their undersigned counsel, hereby remove this action from the Circuit Court for the County of Montgomery, Maryland (Case No.: C-15-CV-26-002296) to the United States District Court for the District of Maryland. Removal is proper because the citizenships of the parties are totally diverse and the amount in controversy is greater than $75,000.00. Accordingly, Defendants remove this action and states the following:

**Statement of the Case**

1. This is a civil action commenced on April 17, 2026, with the filing of a Complaint in the Circuit Court for the County of Montgomery, Maryland, captioned *Bottom Line Concepts, LLC v. DSWC Inc., et al.*, Case No. C-15-CV-26-002296 (the "Complaint").

2. The Complaint asserts a claim for breach of contract claims against Defendants.

3. Plaintiffs seek damages in excess of $75,000 exclusive of interest and costs.

**Removal Jurisdiction**

4. The United States District Court for the District of Maryland, is the district court of the United States for the district and division in the location where the action is now pending.

5. The grounds for removal to The United States District Court for the District of Maryland is that there is complete diversity of citizenship between Plaintiff and Defendants because:

a. Plaintiff is a limited liability company formed and existing under the laws of the State of New York, with its principal office located at 3323 NE 163rd St., Suite 302, North Miami Beach, FL 33160.

b. DSWC is a stock corporation formed and existing under the laws of the State of California with its principal office located at 3089 Teagarden St., San Leandro CA 94577.

c. Oaklyfe is a limited liability company formed and existing under the laws of the State of California with its principal office located at 1600 Broadway, Suite 50, Oakland, CA 94606.

d. CCSAC is a stock corporation formed and existing under the laws of the State of California with its principal office located 580 Julie Ann Way, Oakland, CA 94621.

e. The contract at issue contains a forum selection clause that dictates that the agreement shall be governed by the laws of the State of Maryland and the parties agree to submit to the exclusive jurisdiction of the federal and state courts for Montgomery County, Maryland.

f. More than $75,000, exclusive of interest and cost, is in controversy in this action.

g. This Court would have had original subject matter jurisdiction of this action under the provisions of 28 U.S.C. § 1332 if the action had originally been brought in federal court. Removal is, therefore, proper under 28 U.S.C. § 1441(a).

h. This Notice of Removal is timely under 28 U.S.C § 1446(b) because the Complaint in this action was served on May 4, 2026. This Notice of Removal is filed within 30 days of receipt of the Complaint, and within one year of the commencement of the action, so that it is timely filed under 28 U.S.C. § 1446(b).

6. All state court papers served on the Defendants at the time of removal, consisting of: Complaint, Writ of Summons, and Scheduling Order and the exhibits attached thereto are attached. Pursuant to Local Rule 103(5) a copy of the current state court docket sheet is also attached.

7. Promptly upon filing this Notice of Removal, Defendant will provide a written notice to Plaintiffs and file a copy of the Notice of Removal with the Clerk of the Circuit Court for the County of Montgomery, Maryland in accordance with 28 U.S.C. § 1446(d).

Dated June 2, 2026

DSWC, INC.
OAKLYFE LLC
CCSAC INC.

*/s/ James R. Harvey*
Of Counsel

James R. Harvey (Atty Id. 1006100006)
Woods Rogers Vandeventer Black PLC
101 W. Main Street, Suite 500
Norfolk, VA 23510
Phone: 757-446-8600
Facsimile: 757-446-8670
James.Harvey@woodsrogers.com

Tyler R. Dowdall, (*Pro Hac Vice* forthcoming)

Tarter Krinsky & Drogin LLP
1880 Century Park East, Suite 1104
Los Angeles, California 90067
Telephone: (424) 330-8580
Facsimile: (315) 512-1465
tdowdall@tarterkrinsky.com

*Counsel for Defendants*