MARYLAND: IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY

| | | |
|---|---|---|
| BOTTOM LINE CONCEPTS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: C-15-CV-26-002296 |
| | ) | |
| DSWC INC., | ) | |
| OAKLYFE LLC, and | ) | |
| CCSAC INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF REMOVAL**

TO THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND:

PLEASE TAKE NOTICE that the Defendants in this action have, pursuant to federal law, filed with the Clerk of the United States District Court for the District of Maryland a Notice of Removal. Pursuant to 28 U.S.C. § 1446(d), this Court is respectfully requested to proceed no further in this action, unless and until the action is remanded by the United States District Court.

A copy of the Notice of Removal filed with the United States District Court for the District of Maryland is attached and filed with this document.

The Notice of the Removal has also been given to all parties in this action.

This action was removed to the United States District Court under the authority of 28 U.S.C. § 1446.

Dated: June 2, 2026

DSWC, INC.
OAKLYFE LLC
CCSAC INC.

*/s/ James R. Harvey*
Of Counsel

James R. Harvey (Atty Id. 1006100006)
Woods Rogers Vandeventer Black PLC
101 W. Main Street, Suite 500
Norfolk, VA 23510
Phone: 757-446-8600
Facsimile: 757-446-8670
Email: James.Harvey@woodsrogers.com

Tyler R. Dowdall, (Pro Hac Vice forthcoming)
Tarter Krinsky & Drogin LLP
1880 Century Park East, Suite 1104
Los Angeles, California 90067
Telephone: (424) 330-8580
Facsimile: (315) 512-1465
Email: tdowdall@tarterkrinsky.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2026, I caused a copy of the foregoing Notice of Removal to be sent via email and first-class mail to:

Jeesang Shin, Esq.
THE LAW OFFICES OF RONALD S. CANTER, LLC
2200 Research Boulevard, Suite 560
Rockville, MD 20850
Email: jshin@roncanterllc.com

*/s/ James R. Harvey*
Of Counsel

James R. Harvey (Atty Id. 1006100006)
Woods Rogers Vandeventer Black PLC
101 W. Main Street, Suite 500
Norfolk, VA 23510
Phone: 757-446-8600
Facsimile: 757-446-8670
Email: James.Harvey@woodsrogers.com

Tyler R. Dowdall, (Pro Hac Vice forthcoming)
Tarter Krinsky & Drogin LLP
1880 Century Park East, Suite 1104
Los Angeles, California 90067
Telephone: (424) 330-8580
Facsimile: (315) 512-1465
Email: tdowdall@tarterkrinsky.com

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BOTTOM LINE CONCEPTS, LLC,

Plaintiff,

v. Civil Action No.:

DSWC INC.,
OAKLYFE LLC,
CCSAC INC.,

Defendants.

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendants DSWC Inc. ("DSWC"), Oaklyfe, LLC ("Oaklyfe"), and CCSAC Inc. ("CCSAC"), (collectively, "Defendants"), by and through their undersigned counsel, hereby remove this action from the Circuit Court for the County of Montgomery, Maryland (Case No.: C-15-CV-26-002296) to the United States District Court for the District of Maryland. Removal is proper because the citizenships of the parties are totally diverse and the amount in controversy is greater than $75,000.00. Accordingly, Defendants remove this action and states the following:

**Statement of the Case**

1. This is a civil action commenced on April 17, 2026, with the filing of a Complaint in the Circuit Court for the County of Montgomery, Maryland, captioned *Bottom Line Concepts, LLC v. DSWC Inc., et al.*, Case No. C-15-CV-26-002296 (the "Complaint").

2. The Complaint asserts a claim for breach of contract claims against Defendants.

3. Plaintiffs seek damages in excess of $75,000 exclusive of interest and costs.

**Removal Jurisdiction**

4. The United States District Court for the District of Maryland, is the district court of the United States for the district and division in the location where the action is now pending.

5. The grounds for removal to The United States District Court for the District of Maryland is that there is complete diversity of citizenship between Plaintiff and Defendants because:

a. Plaintiff is a limited liability company formed and existing under the laws of the State of New York, with its principal office located at 3323 NE 163rd St., Suite 302, North Miami Beach, FL 33160.

b. DSWC is a stock corporation formed and existing under the laws of the State of California with its principal office located at 3089 Teagarden St., San Leandro CA 94577.

c. Oaklyfe is a limited liability company formed and existing under the laws of the State of California with its principal office located at 1600 Broadway, Suite 50, Oakland, CA 94606.

d. CCSAC is a stock corporation formed and existing under the laws of the State of California with its principal office located 580 Julie Ann Way, Oakland, CA 94621.

e. The contract at issue contains a forum selection clause that dictates that the agreement shall be governed by the laws of the State of Maryland and the parties agree to submit to the exclusive jurisdiction of the federal and state courts for Montgomery County, Maryland.

f. More than $75,000, exclusive of interest and cost, is in controversy in this action.

g. This Court would have had original subject matter jurisdiction of this action under the provisions of 28 U.S.C. § 1332 if the action had originally been brought in federal court. Removal is, therefore, proper under 28 U.S.C. § 1441(a).

h. This Notice of Removal is timely under 28 U.S.C § 1446(b) because the Complaint in this action was served on May 4, 2026. This Notice of Removal is filed within 30 days of receipt of the Complaint, and within one year of the commencement of the action, so that it is timely filed under 28 U.S.C. § 1446(b).

6. All state court papers served on the Defendants at the time of removal, consisting of: Complaint, Writ of Summons, and Scheduling Order and the exhibits attached thereto are attached. Pursuant to Local Rule 103(5) a copy of the current state court docket sheet is also attached.

7. Promptly upon filing this Notice of Removal, Defendant will provide a written notice to Plaintiffs and file a copy of the Notice of Removal with the Clerk of the Circuit Court for the County of Montgomery, Maryland in accordance with 28 U.S.C. § 1446(d).

Dated June 2, 2026

DSWC, INC.
OAKLYFE LLC
CCSAC INC.

*/s/ James R. Harvey*
Of Counsel

James R. Harvey (Atty Id. 1006100006)
Woods Rogers Vandeventer Black PLC
101 W. Main Street, Suite 500
Norfolk, VA 23510
Phone: 757-446-8600
Facsimile: 757-446-8670
James.Harvey@woodsrogers.com

Tyler R. Dowdall, (*Pro Hac Vice* forthcoming)

Tarter Krinsky & Drogin LLP
1880 Century Park East, Suite 1104
Los Angeles, California 90067
Telephone: (424) 330-8580
Facsimile: (315) 512-1465
tdowdall@tarterkrinsky.com

*Counsel for Defendants*

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

❒ **Expedited -** Trial within 7 months of Defendant's response

❒ **Standard -** Trial within 18 months of Defendant's response

***IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.***

## CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | |
|---|---|
| ❒ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ❒ Civil-Short | Trial 210 days from first answer. |
| ❒ Civil-Standard | Trial 360 days from first answer. |
| ❒ Custom | Scheduling order entered by individual judge. |
| ❒ Asbestos | Special scheduling order. |
| ❒ Lead Paint | Fill in: Birth Date of youngest plaintiff ______________. |
| ❒ Tax Sale Foreclosures | Special scheduling order. |
| ❒ Mortgage Foreclosures | No scheduling order. |

## CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ❒ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ❒ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ❒ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ❒ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

4/17/2026
Date

/s/ Jeesang Shin — 2410011016
Signature of Attorney/Party — Attorney Number

2200 Research Blvd., Suite 560
Street Address

Jeesang Shin, Esq.
Printed Name

Rockville — MD — 20850
City — State — Zip Code

jshin@roncanterllc.com
E-mail

**IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**

BOTTOM LINE CONCEPTS, LLC
3323 NE 163rd Street, Suite 302
North Miami Beach, FL 33160

*Plaintiff*

vs.

DSWC INC.
3089 Teagarden St.
San Leandro, CA 94577

**SERVE: Registered Agent**
Russell Greenman
2601C Blanding Ave Ste 408
Alameda, CA 94501

And

OAKLYF LLC
1600 Broadway Suite 50
Oakland, CA 94612

**SERVE: Registered Agent**
KY HANG
2240 E 17th Street
Oakland, CA 94606

And

CCSAC INC
580 Julie Ann Way
Oakland, CA 94621

**SERVE: Registered Agent**
John Oram
2601 C Blanding Ave Ste 408
Alameda, CA 94501

*Defendants*

Case No. ______________________

**COMPLAINT**

COMES NOW, Plaintiff, BOTTOM LINE CONCEPTS, LLC, by and through counsel, Jeesang Shin, Esq. and The Law Offices of Ronald S. Canter, LLC, files suit against Defendants DSWC INC., OAKLYF LLC, and CCSAC INC (collectively, Defendants") and respectfully represents unto this Court:

**PARTIES**

1. Plaintiff, BOTTOM LINE CONCEPTS, LLC (hereinafter "Bottom Line") operates throughout the United States and its principal place of business is in the State of Florida.

2. Defendant, DSWC INC. ("DSWC"), is a California company with its principal place of business in the State of California.

3. Defendant, OAKLYF LLC ("OAKLYF"), is a California limited liability company with its principal place of business in the State of California.

4. Defendant, CCSAC INC ("CCSAC"), is a California company with its principal place of business in the State of California.

**VENUE AND JURISDICTION**

5. This Court has jurisdiction pursuant to the express written Consulting Agreement by and between Defendants and Bottom Line (the "Agreement"), wherein the parties submitted to jurisdiction in Montgomery County, Maryland.

6. Venue in Montgomery County is appropriate because Defendants and Bottom Line are obligated under the Agreement to bring an action arising out of the Agreement in Montgomery County, Maryland.

**COUNT I**
**(BREACH OF CONTRACT)**

7. Bottom Line and Defendants entered into the Agreement dated January 26, 2022, a copy of which is attached hereto as [Exhibit 1], pursuant to which Bottom Line agreed to provide certain consulting services with respect to Defendants' potential claims for Employee Retention Credits ("ERC"), in exchange for a fee based upon a percentage of the total amount of any ERC refunds received by Defendants.

8. Bottom Line fully performed its services under the Agreement, which resulted in Defendants receiving substantial ERC refunds from the federal government.

9. Defendant CCSAC obtained ERC refunds in at least the total amount of $1,189,642.29.

10. As a result, under the Agreement Defendant CCSAC owes Bottom Line a consulting fee of at least $356,892.69, exclusive of interest.

11. Defendant DSWC obtained ERC refunds in at least the total amount of $235,394.46.

12. As a result, under the Agreement Defendant DSWC owes Bottom Line a consulting fee of at least $70,618.34, exclusive of interest.

13. Defendant OAKLYF obtained ERC refunds in at least the total amount of $104,154.63.

14. As a result, under the Agreement Defendant OAKLYF owes Bottom Line a consulting fee of at least $31,246.39, exclusive of interest.

15. Despite demand, Defendants have failed to pay the full balance due and owing under the Agreement.

16. The Agreement provides that in the event a party institutes a lawsuit related to the Agreement, the prevailing party is entitled to recover its reasonable attorneys' fees and expenses. [Exhibit 1 at Part J.3.].

WHEREFORE, your Plaintiff demands judgment against (1) Defendant CCSAC Inc. in the sum of $356,892.69, (2) Defendant DSWC Inc in the sum of $70,618.34 and (3) Defendant OAKLYFE LLC in the sum of $31,246.39, plus prejudgment and post-judgment interest, plus court costs, plus reasonable attorney's fees.

THE LAW OFFICES OF RONALD S. CANTER, LLC

Dated: April 17, 2026

/s/ Jeesang Shin

Jeesang Shin, Esquire (#2410011016)
2200 Research Boulevard, Suite 560
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
E-Mail: jshin@roncanterllc.com
*Attorney for Plaintiff*

BottomLine
CONCEPTS
We audit for refunds & negotiate for savings

EXHIBIT 1

THIS CONSULTING AGREEMENT (hereinafter "Agreement") is made and entered into this January 25, 2022 by and between Bottom Line Concepts, LLC ("Bottom Line"), a New York limited liability company, and DSWC Inc. (retail), Oaklyf LLC (retail), Community Health Solutions Inc (retail), ECWC Partners Inc (retail), Bryant Wellness Partners Inc (retail), CCSAC Inc (manufacturing), NUG Inc. (parent company, executive functions) (Client") (collectively the "Parties").

**WHEREAS**, Bottom Line offers consultation to seek refunds for CARES Act programs, including Employee Retention Credits, and;

**WHEREAS**, Client desires to engage Bottom Line as a cost savings consultant in connection with CARES Act programs, and;

**NOW, THEREFORE**, in consideration of the covenants and agreements set forth herein, and other good and valuable consideration, the Parties agree as follows:

## A. DEFINITIONS

1. "Client Information" shall be any and all of Client's documents relevant and necessary to achieve Refunds.
2. "Consulting Fees" shall be the compensation due to Bottom Line for its services, calculated as a percentage of Refunds.
3. "Deliverable" or "Deliverables" shall be the assessments, recommendations, strategies, protocols, processes, procedures and/or initiatives provided by Bottom Line to Client in order to achieve Refunds.
4. "Realized Benefit" shall be any Refund.
5. "Refund" or "Refunds" shall be any and all one-time cash credits, rebates, recoveries, discounts, or any other type of monetary benefit received by Client as a result of the implementation of the Deliverables.

## B. DUTIES AND OBLIGATIONS

1. Bottom Line agrees to evaluate the available Refunds in connection with the CARES Act, including but not limited to any Employee Retention Credits.
2. To effectively evaluate potential Refunds, Client agrees to promptly provide Bottom Line its Client Information necessary to determine potential Refunds.
3. Once Bottom Line identifies any potential Refunds, Bottom Line shall present its Deliverables to Client.

4. Should Client wish to implement Bottom Line's Deliverables, Client shall confirm that it wants Bottom Line to implement the Deliverables.
5. Bottom Line shall then implement its Deliverables to achieve Realized Benefits.

## C. CONSULTING FEES

1. Client agrees to pay Bottom Line a Consulting Fee of 30% of any Refunds.
2. Consulting Fees shall be paid by Client to Bottom Line within thirty (30) days of Client receiving any Refund.
3. Any Consulting Fee not paid within thirty (30) days of receipt of any Refund by Client shall accrue interest at the rate of 1.5% per month.

## D. CLIENT REPRESENTATIONS

By reporting certain wages, health care and pension expenses to Bottom Line as "qualified wages" and directing Bottom Line to claim the Employee Retention Tax Credit on Client's behalf for the applicable quarter(s), Client represents the following:

1. Client will provide Bottom Line with documentation sufficient to substantiate Client's eligibility for the Employee Retention Tax Credit upon request.
2. Client agrees to indemnify, protect, defend, release, and hold harmless Bottom Line, from and against any liability, expenses, losses, fines, penalties, and claims for damages incurred with respect to claiming the Employee Retention Tax Credit on Client's behalf.
3. Client acknowledges and understands that (i) Bottom Line is relying solely upon the information and representations contained in this Attestation and upon any other information which has been furnished by the Client to demonstrate its eligibility for the Employee Retention Tax Credit, (ii) Bottom Line is not able to independently verify any such information and representations, and (iii) Bottom Line has not otherwise independently determined, or provided any advice with respect to, Client's eligibility for the Employee Retention Tax Credit.
4. No termination or expiration of the Consulting Agreement ("Agreement") entered into by and between Client and Bottom Line affects or impairs any obligations, duties, indemnities, and liabilities under these representations. Such obligations, duties, indemnities, and liabilities shall not terminate or expire, but rather survive the termination or expiration of the Agreement.

## E. NON-CIRCUMVENT

Client shall refrain from implementing any Deliverable without the express written consent of Bottom Line. Should Client implement any Deliverable without Bottom Line's written consent after execution of this Agreement, Client shall be required to pay Bottom Line its Consulting Fee as though Bottom Line implemented the Deliverable.

## F. AUDIT RIGHTS

Bottom Line shall be provided access as reasonably needed to Clients Information in order determine whether any Refund has been received by Client. This Audit Right survives termination of this Agreement for a period of one (1) year.

**G. INDEPENDENT CONTRACTOR**

This Agreement does not create any partnership or joint venture between the parties, not constitute either party as the agent or legal representative of the other for any purpose. The relationship of Bottom Line and Client shall be one of independent contractor. Neither party has the right or authority to create any obligation or responsibility, express or implied, on behalf of the other, or to bind the other in any manner whatsoever.

**H. CONFIDENTIALITY**

In connection with this Agreement each party may receive or have access to Confidential Information concerning the other Party, including, but not limited to, financial information, trade secrets, and methods, which is non-public and may be proprietary in nature. All such information, together with all non-public information concerning a Party and all information concerning this Agreement, is referred to as "Confidential Information." Each Party shall use the other's Confidential Information solely for the purposes of performing its obligations under this Agreement and shall not use any such Confidential Information for its own purposes, and shall not disclose Confidential Information except (i) to its employees, officers, directors, affiliates, and advisors on an as-needed basis in connection with the performance under this Agreement, and in the case of Bottom Line to vendors with providing Deliverables to Client, and (ii) as otherwise required by an regulatory authority, law or regulation, or by legal process. Client understands and agrees that Bottom Line may on its website and in its marketing materials identify Client as a client of Bottom Line and, in connection, may display Client's logo, and any license or permission with respect to the same is hereby granted without any liability of any kind to Bottom Line.

**I. TERM OF AGREEMENT**

The initial term of this Agreement shall be for one (1) year, and then shall continue on a month-to-month basis until terminated by either party.

**J. MISCELLANEOUS**

1. This Agreement shall be governed by and construed in the accordance with the laws of the United States and the State of Maryland regardless of the substantive law that might otherwise govern under applicable choice-of-law principles.
2. The Parties agree to submit to the exclusive jurisdiction of any claim or dispute to be determined in the federal and state courts for Montgomery County, Maryland for any claim or dispute arising out of or relating to this Agreement and waive all objections to the selection of such venue.
3. In the event that any party institutes any legal suit, action or proceeding, against the other party arising out of or relating to this Agreement, the prevailing party in such suit, action or proceeding shall be entitled to receive, in addition to all other damages to which it may be entitled, the costs incurred by the prevailing party in connection with the suit, action or proceeding, including reasonable attorneys' fees and expenses.
4. This Agreement constitutes the entire agreement between the Parties with respect to the subject matter herein and supersedes all prior agreements or understandings.
5. This Agreement shall not be amended or modified unless agreed to in writing by both Parties.
6. This Agreement may be executed and delivered electronically and in counterparts as though signed in full.

**IN WITNESS ABOVE,** the Parties hereto have entered into this Agreement on the date set forth above.

**BOTTOM LINE CONCEPTS, LLC**

Josh Fox

**By**: Josh Fox
**Title**: CEO

**CLIENT**

John Oraux

DSW[illegible] (retail), Oakdyf LLC (retail), Community Health Solutions Inc (retail), ECWC Partners Inc (retail), Bryant Wellness Partners Inc (retail), CCSAC Inc (manufacturing), NUG Inc. (parent company, executive functions)

# Signature Certificate

Reference number: YWZZ3-AAPXB-UKT3P-KARJR

| Signer | Timestamp | Signature |
|---|---|---|
| **John Oram**<br>Email: john@nug.com | | John Oram |
| Sent:<br>Viewed:<br>Signed: | 26 Jan 2022 19:44:37 UTC<br>26 Jan 2022 19:51:37 UTC<br>26 Jan 2022 20:31:26 UTC | IP address: 76.126.183.47<br>Location: Berkeley, United States |

Document completed by all parties on:
26 Jan 2022 20:31:26 UTC

Page 1 of 1

**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 30,000+ companies worldwide.

IN THE CIRCUIT COURT FOR Montgomery County (CC)
City/County

# CIVIL – NON-DOMESTIC CASE INFORMATION REPORT

## DIRECTIONS

***Plaintiff:*** This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Justice of the Supreme Court of Maryland pursuant to Rule 2-111(a). ***Defendant:*** You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

**FORM FILED BY:** ☒ PLAINTIFF ☐ DEFENDANT CASE NUMBER ______ (Clerk to insert)

**CASE NAME:** BOTTOM LINE CONCEPTS, LLC (Plaintiff) vs. DSWC INC. ET AL. (Defendant)

PARTY'S NAME: BOTTOM LINE CONCEPTS, LLC PHONE: 301-424-7490

PARTY'S ADDRESS: 3323 NE 163rd Street, Suite 302, North Miami Beach, FL 33160

PARTY'S E-MAIL: ______

**If represented by an attorney:**

PARTY'S ATTORNEY'S NAME: Jeesang Shin, Esq. PHONE: 301-424-7490

PARTY'S ATTORNEY'S ADDRESS: 2200 Research Blvd., Suite 560, Rockville, MD 20850

PARTY'S ATTORNEY'S E-MAIL: jshin@roncanterllc.com

**JURY DEMAND?** ☐ Yes ☒ No

**RELATED CASE PENDING?** ☐ Yes ☒ No If yes, Case #(s), if known: ______

**ANTICIPATED LENGTH OF TRIAL?:** 3 hours ______ days

## PLEADING TYPE

**New Case:** ☒ Original ☐ Administrative Appeal ☐ Appeal

**Existing Case:** ☐ Post-Judgment ☐ Amendment

***If filing in an existing case,*** skip Case Category/Subcategory section – go to Relief section.

## IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint – DOB of Youngest Plt: ______
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☐ Motor Tort
- ☐ Negligence
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☒ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud
- ☐ Government
- ☐ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property/ Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Worker's Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance
- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. – Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

| | | | |
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Default | ☐ Reinstatement of Employment |
| ☐ Administrative Action | ☐ Enrollment | ☒ Judgment-Interest | ☐ Return of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Judgment-Summary | ☐ Sale of Property |
| ☐ Arbitration | ☐ Financial Exploitation | ☐ Liability | ☐ Specific Performance |
| ☐ Asset Determination | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Attachment b/f Judgment | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Cease & Desist Order | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Condemn Bldg | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Contempt | ☒ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☒ Court Costs/Fees | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☐ Damages-Compensatory | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☐ Damages-Punitive | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |

*If you indicated* ***Liability*** *above,* mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded. ☐ Liability is not conceded, but is not seriously in dispute. ☐ Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000 ☐ $10,000 - $30,000 ☐ $30,000 - $100,000 ☒ Over $100,000

☐ Medical Bills $________ ☐ Wage Loss $________ ☐ Property Damages $________

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation ☐ Yes ☒ No
B. Arbitration ☐ Yes ☒ No
C. Settlement Conference ☐ Yes ☒ No
D. Neutral Evaluation ☐ Yes ☒ No

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated* ***LENGTH OF TRIAL.***

***(Case will be tracked accordingly)***

☒ 1/2 day of trial or less
☐ 1 day of trial time
☐ 2 days of trial time
☐ 3 days of trial time
☐ More than 3 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

***For all jurisdictions,*** *if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited -** Trial within 7 months of Defendant's response

☐ **Standard -** Trial within 18 months of Defendant's response

EMERGENCY RELIEF REQUESTED

**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue
Rockville, Maryland 20850
Main: 240-777-9400

**To:** OAKLYF, LLC
1600 BROADWAY, SUITE 50
OAKLAND, CA 94612
**Serve On**: KY HANG
2240 E 17TH STREET
OAKLAND, CA 94606

**Case Number:** **C-15-CV-26-002296**
**Other Reference Number(s):**

**BOTTOM LINE CONCEPTS, LLC VS. DSWC, INC., ET AL.**

Issue Date: 04/20/2026
Expiration Date: 06/19/2026

## WRIT OF SUMMONS (NEW CASE)

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this Court, to the attached complaint filed by:

Bottom Line Concepts, LLC
3323 NE 163rd Street, Suite 302
North Miami Beach FL 33160

Witness, the Honorable Chief Judge of the Sixth Judicial Circuit of Maryland.

TO THE PERSON SUMMONED:

1. Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
2. If you have been served with a Scheduling Order, your appearance is required pursuant to the Scheduling Order, regardless of the date your response is due.
3. If you have questions, you should see an attorney immediately. If you need help finding an attorney, you may contact the Bar Association of Montgomery County's Lawyer Referral Service online at www.barmont.org or by calling (301) 279-9100.

*Karen A. Bushell*
Karen A. Bushell
Clerk of the Circuit Court

NOTE:

1. This summons is effective only if served within 60 days after the date issued. If it is not served within the 60 days, the moving party must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reason(s).
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).
5. Service of the Summons CANNOT be made by the moving party.

## RETURN

☐ Served ______________________ on ______________ at ______________________
Whom — Date — City/State/Country

☐ Summons and ☐ Show Cause Order and ☐ Complaint/Petition/Motion Served

☐ Unserved ______________ ______________________________
Date — Reason

______________________________ ☐ Sheriff
Signature

**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue
Rockville, Maryland 20850
Main: 240-777-9400

**Case Number:** **C-15-CV-26-002296**
**Other Reference Number(s):**

**BOTTOM LINE CONCEPTS, LLC VS. DSWC, INC., ET AL.**

Date: 4/20/2026

## SCHEDULING ORDER – TRACK 2
## COMPLAINT FILED ON 04/17/2026

THIS ORDER IS YOUR OFFICIAL NOTICE OF CASE DEADLINES AND HEARINGS REQUIRING APPEARANCES. FAILURE TO APPEAR AT HEARINGS OR COMPLY WITH ALL REQUIREMENTS MAY RESULT IN DISMISSAL, DEFAULT JUDGMENT, EXCLUSION OF WITNESSES AND/OR EXHIBITS, ASSESSMENTS OF COSTS AND EXPENSES, INCLUDING ATTORNEY FEES, OR OTHER SANCTIONS.

| EVENT: [ATTENDANCE REQUIRED AT EVENTS] | DEADLINE: |
|---|---|
| *DEADLINE: PLAINTIFF'S EXPERT DESIGNATION* | 06/08/2026 |
| *DEADLINE: DEFENDANT'S EXPERT DESIGNATION* | 07/27/2026 |
| *DEADLINE: MOTION FOR ALTERNATIVE SERVICE FILED* | 08/17/2026 |
| *DEADLINE: DISCOVERY COMPLETED* | September 08, 2026 |
| *DEADLINE: PRETRIAL STATEMENT DUE* | September 30, 2026 |
| *DEADLINE: DISPOSITIVE MOTIONS FILED* | September 21, 2026 |
| *DEADLINE: ADR DEADLINE* | September 21, 2026 |
| PRETRIAL/STATUS HEARING ATTENDANCE REQUIRED | January 21, 2027 at 10:30 AM |
| *DEADLINE: PLEADING AMENDMENT TO BE DETERMINED AT PRETRIAL* | |
| *DEADLINE: VOIR DIRE, JURY INSTRUCTIONS AND VERDICT SHEET DUE 20 DAYS BEFORE TRIAL DATE* | |

**TRIAL COUNSEL SHALL APPEAR** AT THE STATUS / PRETRIAL HEARING, ACCOMPANIED BY OR WITH TELEPHONE ACCESS TO THE INDIVIDUAL(S) WITH AUTHORITY TO SETTLE THE CASE. TRIAL COUNSEL SHALL SUBMIT A WRITTEN PRETRIAL STATEMENT THAT 1) DESCRIBES THE NATURE OF THE CASE; 2) SETS FORTH CLAIMS AND/OR DEFENSES; 3) DETAILS STIPULATIONS; AND 4) IDENTIFIES WITNESSES AND EXHIBITS. MOTIONS FILED IN TRACK 2 ACTIONS SHALL NOT EXCEED 15 PAGES INCLUDING ANY MEMORANDUM OF LAW AND OPPOSITION / REPLY MOTIONS SHALL NOT EXCEED 10 PAGES WITHOUT LEAVE OF THE COURT.

THE TRIAL DATE SHALL BE SET AT THE STATUS / PRETRIAL HEARING BETWEEN THE DATES NOTED BELOW. COUNSEL ARE ENCOURAGED TO CLEAR DATES WITH ONE ANOTHER AND THE ASSIGNMENT OFFICE PRIOR TO THE CASE BEING CALLED.

**Trial Date Between:** November 05, 2026 and January 13, 2027.

**ANY MODIFICATIONS OF THIS SCHEDULING ORDER MUST BE REQUESTED BY WRITTEN MOTION FILED IN ADVANCE OF THE DEADLINES OR HEARING DATES SOUGHT TO BE MODIFIED, PROVIDING GOOD CAUSE TO JUSTIFY ANY MODIFICATION THEREOF.**

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility. The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.

4/20/2026
Date

Administrative Judge

* IF TRACK INFORMATION DOES NOT CORRESPOND TO ASSIGNED TRACK, COUNSEL SHALL NOTIFY THE COURT AT (240) 777-9035 OR (240) 777-9106. QUESTIONS? Please see the Court's GUIDE TO DCM ORDERS and https://montgomerycountymd.gov/cct/departments/dcm.html.

CC: Bottom Line Concepts, Llc

Dswc, Inc.

Jeesang Shin

Dswc, Inc.; Oaklyf, Llc; Ccsac, Inc.