## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

❒ **Expedited -** Trial within 7 months of Defendant's response

❒ **Standard -** Trial within 18 months of Defendant's response

***IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.***

## CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | |
|---|---|
| ❒ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ❒ Civil-Short | Trial 210 days from first answer. |
| ❒ Civil-Standard | Trial 360 days from first answer. |
| ❒ Custom | Scheduling order entered by individual judge. |
| ❒ Asbestos | Special scheduling order. |
| ❒ Lead Paint | Fill in: Birth Date of youngest plaintiff ______________. |
| ❒ Tax Sale Foreclosures | Special scheduling order. |
| ❒ Mortgage Foreclosures | No scheduling order. |

## CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ❒ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ❒ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ❒ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ❒ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

4/17/2026
Date

/s/ Jeesang Shin — Signature of Attorney/Party
2410011016 — Attorney Number

2200 Research Blvd., Suite 560
Street Address

Jeesang Shin, Esq.
Printed Name

Rockville (City) MD (State) 20850 (Zip Code)

jshin@roncanterllc.com
E-mail

CC-DCM-002 (Rev. 09/2025)

**IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**

BOTTOM LINE CONCEPTS, LLC
3323 NE 163rd Street, Suite 302
North Miami Beach, FL 33160

*Plaintiff*

vs.

DSWC INC.
3089 Teagarden St.
San Leandro, CA 94577

**SERVE: Registered Agent**
Russell Greenman
2601C Blanding Ave Ste 408
Alameda, CA 94501

And

OAKLYF LLC
1600 Broadway Suite 50
Oakland, CA 94612

**SERVE: Registered Agent**
KY HANG
2240 E 17th Street
Oakland, CA 94606

And

CCSAC INC
580 Julie Ann Way
Oakland, CA 94621

**SERVE: Registered Agent**
John Oram
2601 C Blanding Ave Ste 408
Alameda, CA 94501

*Defendants*

Case No. ____________________

# COMPLAINT

COMES NOW, Plaintiff, BOTTOM LINE CONCEPTS, LLC, by and through counsel, Jeesang Shin, Esq. and The Law Offices of Ronald S. Canter, LLC, files suit against Defendants DSWC INC., OAKLYF LLC, and CCSAC INC (collectively, Defendants") and respectfully represents unto this Court:

## PARTIES

1. Plaintiff, BOTTOM LINE CONCEPTS, LLC (hereinafter "Bottom Line") operates throughout the United States and its principal place of business is in the State of Florida.

2. Defendant, DSWC INC. ("DSWC"), is a California company with its principal place of business in the State of California.

3. Defendant, OAKLYF LLC ("OAKLYF"), is a California limited liability company with its principal place of business in the State of California.

4. Defendant, CCSAC INC ("CCSAC"), is a California company with its principal place of business in the State of California.

## VENUE AND JURISDICTION

5. This Court has jurisdiction pursuant to the express written Consulting Agreement by and between Defendants and Bottom Line (the "Agreement"), wherein the parties submitted to jurisdiction in Montgomery County, Maryland.

6. Venue in Montgomery County is appropriate because Defendants and Bottom Line are obligated under the Agreement to bring an action arising out of the Agreement in Montgomery County, Maryland.

**COUNT I**
**(BREACH OF CONTRACT)**

7. Bottom Line and Defendants entered into the Agreement dated January 26, 2022, a copy of which is attached hereto as [Exhibit 1], pursuant to which Bottom Line agreed to provide certain consulting services with respect to Defendants' potential claims for Employee Retention Credits ("ERC"), in exchange for a fee based upon a percentage of the total amount of any ERC refunds received by Defendants.

8. Bottom Line fully performed its services under the Agreement, which resulted in Defendants receiving substantial ERC refunds from the federal government.

9. Defendant CCSAC obtained ERC refunds in at least the total amount of $1,189,642.29.

10. As a result, under the Agreement Defendant CCSAC owes Bottom Line a consulting fee of at least $356,892.69, exclusive of interest.

11. Defendant DSWC obtained ERC refunds in at least the total amount of $235,394.46.

12. As a result, under the Agreement Defendant DSWC owes Bottom Line a consulting fee of at least $70,618.34, exclusive of interest.

13. Defendant OAKLYF obtained ERC refunds in at least the total amount of $104,154.63.

14. As a result, under the Agreement Defendant OAKLYF owes Bottom Line a consulting fee of at least $31,246.39, exclusive of interest.

15. Despite demand, Defendants have failed to pay the full balance due and owing under the Agreement.

16. The Agreement provides that in the event a party institutes a lawsuit related to the Agreement, the prevailing party is entitled to recover its reasonable attorneys' fees and expenses. [Exhibit 1 at Part J.3.].

WHEREFORE, your Plaintiff demands judgment against (1) Defendant CCSAC Inc. in the sum of $356,892.69, (2) Defendant DSWC Inc in the sum of $70,618.34 and (3) Defendant OAKLYFE LLC in the sum of $31,246.39, plus prejudgment and post-judgment interest, plus court costs, plus reasonable attorney's fees.

THE LAW OFFICES OF RONALD S. CANTER, LLC

Dated: April 17, 2026

/s/ Jeesang Shin

Jeesang Shin, Esquire (#2410011016)
2200 Research Boulevard, Suite 560
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
E-Mail: jshin@roncanterllc.com
*Attorney for Plaintiff*

BottomLine CONCEPTS
We audit for refunds & negotiate for savings

EXHIBIT 1

THIS CONSULTING AGREEMENT (hereinafter "Agreement") is made and entered into this January 25, 2022 by and between Bottom Line Concepts, LLC ("Bottom Line"), a New York limited liability company, and DSWC Inc. (retail), Oaklyf LLC (retail), Community Health Solutions Inc (retail), ECWC Partners Inc (retail), Bryant Wellness Partners Inc (retail), CCSAC Inc (manufacturing), NUG Inc. (parent company, executive functions) (Client") (collectively the "Parties").

**WHEREAS**, Bottom Line offers consultation to seek refunds for CARES Act programs, including Employee Retention Credits, and;

**WHEREAS**, Client desires to engage Bottom Line as a cost savings consultant in connection with CARES Act programs, and;

**NOW, THEREFORE**, in consideration of the covenants and agreements set forth herein, and other good and valuable consideration, the Parties agree as follows:

## A. DEFINITIONS

1. "Client Information" shall be any and all of Client's documents relevant and necessary to achieve Refunds.
2. "Consulting Fees" shall be the compensation due to Bottom Line for its services, calculated as a percentage of Refunds.
3. "Deliverable" or "Deliverables" shall be the assessments, recommendations, strategies, protocols, processes, procedures and/or initiatives provided by Bottom Line to Client in order to achieve Refunds.
4. "Realized Benefit" shall be any Refund.
5. "Refund" or "Refunds" shall be any and all one-time cash credits, rebates, recoveries, discounts, or any other type of monetary benefit received by Client as a result of the implementation of the Deliverables.

## B. DUTIES AND OBLIGATIONS

1. Bottom Line agrees to evaluate the available Refunds in connection with the CARES Act, including but not limited to any Employee Retention Credits.
2. To effectively evaluate potential Refunds, Client agrees to promptly provide Bottom Line its Client Information necessary to determine potential Refunds.
3. Once Bottom Line identifies any potential Refunds, Bottom Line shall present its Deliverables to Client.

4.

Should Client wish to implement Bottom Line's Deliverables, Client shall confirm that it wants Bottom Line to implement the Deliverables.

5. Bottom Line shall then implement its Deliverables to achieve Realized Benefits.

## C. CONSULTING FEES

1. Client agrees to pay Bottom Line a Consulting Fee of 30% of any Refunds.
2. Consulting Fees shall be paid by Client to Bottom Line within thirty (30) days of Client receiving any Refund.
3. Any Consulting Fee not paid within thirty (30) days of receipt of any Refund by Client shall accrue interest at the rate of 1.5% per month.

## D. CLIENT REPRESENTATIONS

By reporting certain wages, health care and pension expenses to Bottom Line as "qualified wages" and directing Bottom Line to claim the Employee Retention Tax Credit on Client's behalf for the applicable quarter(s), Client represents the following:

1. Client will provide Bottom Line with documentation sufficient to substantiate Client's eligibility for the Employee Retention Tax Credit upon request.
2. Client agrees to indemnify, protect, defend, release, and hold harmless Bottom Line, from and against any liability, expenses, losses, fines, penalties, and claims for damages incurred with respect to claiming the Employee Retention Tax Credit on Client's behalf.
3. Client acknowledges and understands that (i) Bottom Line is relying solely upon the information and representations contained in this Attestation and upon any other information which has been furnished by the Client to demonstrate its eligibility for the Employee Retention Tax Credit, (ii) Bottom Line is not able to independently verify any such information and representations, and (iii) Bottom Line has not otherwise independently determined, or provided any advice with respect to, Client's eligibility for the Employee Retention Tax Credit.
4. No termination or expiration of the Consulting Agreement ("Agreement") entered into by and between Client and Bottom Line affects or impairs any obligations, duties, indemnities, and liabilities under these representations. Such obligations, duties, indemnities, and liabilities shall not terminate or expire, but rather survive the termination or expiration of the Agreement.

## E. NON-CIRCUMVENT

Client shall refrain from implementing any Deliverable without the express written consent of Bottom Line. Should Client implement any Deliverable without Bottom Line's written consent after execution of this Agreement, Client shall be required to pay Bottom Line its Consulting Fee as though Bottom Line implemented the Deliverable.

## F. AUDIT RIGHTS

Bottom Line shall be provided access as reasonably needed to Clients Information in order determine whether any Refund has been received by Client. This Audit Right survives termination of this Agreement for a period of one (1) year.

## G. INDEPENDENT CONTRACTOR

This Agreement does not create any partnership or joint venture between the parties, not constitute either party as the agent or legal representative of the other for any purpose. The relationship of Bottom Line and Client shall be one of independent contractor. Neither party has the right or authority to create any obligation or responsibility, express or implied, on behalf of the other, or to bind the other in any manner whatsoever.

## H. CONFIDENTIALITY

In connection with this Agreement each party may receive or have access to Confidential Information concerning the other Party, including, but not limited to, financial information, trade secrets, and methods, which is non-public and may be proprietary in nature. All such information, together with all non-public information concerning a Party and all information concerning this Agreement, is referred to as "Confidential Information." Each Party shall use the other's Confidential Information solely for the purposes of performing its obligations under this Agreement and shall not use any such Confidential Information for its own purposes, and shall not disclose Confidential Information except (i) to its employees, officers, directors, affiliates, and advisors on an as-needed basis in connection with the performance under this Agreement, and in the case of Bottom Line to vendors with providing Deliverables to Client, and (ii) as otherwise required by an regulatory authority, law or regulation, or by legal process. Client understands and agrees that Bottom Line may on its website and in its marketing materials identify Client as a client of Bottom Line and, in connection, may display Client's logo, and any license or permission with respect to the same is hereby granted without any liability of any kind to Bottom Line.

## I. TERM OF AGREEMENT

The initial term of this Agreement shall be for one (1) year, and then shall continue on a month-to-month basis until terminated by either party.

## J. MISCELLANEOUS

1. This Agreement shall be governed by and construed in the accordance with the laws of the United States and the State of Maryland regardless of the substantive law that might otherwise govern under applicable choice-of-law principles.
2. The Parties agree to submit to the exclusive jurisdiction of any claim or dispute to be determined in the federal and state courts for Montgomery County, Maryland for any claim or dispute arising out of or relating to this Agreement and waive all objections to the selection of such venue.
3. In the event that any party institutes any legal suit, action or proceeding, against the other party arising out of or relating to this Agreement, the prevailing party in such suit, action or proceeding shall be entitled to receive, in addition to all other damages to which it may be entitled, the costs incurred by the prevailing party in connection with the suit, action or proceeding, including reasonable attorneys' fees and expenses.
4. This Agreement constitutes the entire agreement between the Parties with respect to the subject matter herein and supersedes all prior agreements or understandings.
5. This Agreement shall not be amended or modified unless agreed to in writing by both Parties.
6. This Agreement may be executed and delivered electronically and in counterparts as though signed in full.

**IN WITNESS ABOVE,** the Parties hereto have entered into this Agreement on the date set forth above.

**BOTTOM LINE CONCEPTS, LLC**

*Josh Fox*

**By**: Josh Fox
**Title**: CEO

**CLIENT**

*John Oraw*

DSW[illegible] (retail), [illegible]f LLC (retail), Community Health Solutions Inc (retail), ECWC Partners Inc (retail), Bryant Wellness Partners Inc (retail), CCSAC Inc (manufacturing), NUG Inc. (parent company, executive functions)

# Signature Certificate

Reference number: YWZZ3-AAPXB-UKT3P-KARJR

| Signer | Timestamp | Signature |
|---|---|---|
| **John Oram**<br>Email: john@nug.com | |  |
| Sent:<br>Viewed:<br>Signed: | 26 Jan 2022 19:44:37 UTC<br>26 Jan 2022 19:51:37 UTC<br>26 Jan 2022 20:31:26 UTC | IP address: 76.126.183.47<br>Location: Berkeley, United States |

Document completed by all parties on:
26 Jan 2022 20:31:26 UTC

Page 1 of 1

**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 30,000+ companies worldwide.

IN THE CIRCUIT COURT FOR Montgomery County (CC)
City/County

# CIVIL – NON-DOMESTIC CASE INFORMATION REPORT

## DIRECTIONS

***Plaintiff:*** This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Justice of the Supreme Court of Maryland pursuant to Rule 2-111(a). ***Defendant:*** You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

**FORM FILED BY:** ☒ PLAINTIFF ☐ DEFENDANT CASE NUMBER ____________ (Clerk to insert)

**CASE NAME:** BOTTOM LINE CONCEPTS, LLC (Plaintiff) vs. DSWC INC. ET AL. (Defendant)

PARTY'S NAME: BOTTOM LINE CONCEPTS, LLC PHONE: 301-424-7490

PARTY'S ADDRESS: 3323 NE 163rd Street, Suite 302, North Miami Beach, FL 33160

PARTY'S E-MAIL: ____________

**If represented by an attorney:**

PARTY'S ATTORNEY'S NAME: Jeesang Shin, Esq. PHONE: 301-424-7490

PARTY'S ATTORNEY'S ADDRESS: 2200 Research Blvd., Suite 560, Rockville, MD 20850

PARTY'S ATTORNEY'S E-MAIL: jshin@roncanterllc.com

**JURY DEMAND?** ☐ Yes ☒ No

**RELATED CASE PENDING?** ☐ Yes ☒ No If yes, Case #(s), if known: ____________

**ANTICIPATED LENGTH OF TRIAL?:** 3 hours ______ days

## PLEADING TYPE

**New Case:** ☒ Original ☐ Administrative Appeal ☐ Appeal

**Existing Case:** ☐ Post-Judgment ☐ Amendment

***If filing in an existing case,*** skip Case Category/Subcategory section – go to Relief section.

## IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint – DOB of Youngest Plt: ________
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☐ Motor Tort
- ☐ Negligence
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☒ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud
- ☐ Government
- ☐ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property/ Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Worker's Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance
- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. – Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

- ☐ Abatement
- ☐ Administrative Action
- ☐ Appointment of Receiver
- ☐ Arbitration
- ☐ Asset Determination
- ☐ Attachment b/f Judgment
- ☐ Cease & Desist Order
- ☐ Condemn Bldg
- ☐ Contempt
- ☒ Court Costs/Fees
- ☐ Damages-Compensatory
- ☐ Damages-Punitive
- ☐ Earnings Withholding
- ☐ Enrollment
- ☐ Expungement
- ☐ Financial Exploitation
- ☐ Findings of Fact
- ☐ Foreclosure
- ☐ Injunction
- ☐ Judgment-Affidavit
- ☒ Judgment-Attorney Fees
- ☐ Judgment-Confessed
- ☐ Judgment-Consent
- ☐ Judgment-Declaratory
- ☐ Judgment-Default
- ☒ Judgment-Interest
- ☐ Judgment-Summary
- ☐ Liability
- ☐ Oral Examination
- ☐ Order
- ☐ Ownership of Property
- ☐ Partition of Property
- ☐ Peace Order
- ☐ Possession
- ☐ Production of Records
- ☐ Quarantine/Isolation Order
- ☐ Reinstatement of Employment
- ☐ Return of Property
- ☐ Sale of Property
- ☐ Specific Performance
- ☐ Writ-Error Coram Nobis
- ☐ Writ-Execution
- ☐ Writ-Garnish Property
- ☐ Writ-Garnish Wages
- ☐ Writ-Habeas Corpus
- ☐ Writ-Mandamus
- ☐ Writ-Possession

*If you indicated* ***Liability*** *above,* mark one of the following. This information is not an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded. ☐ Liability is not conceded, but is not seriously in dispute. ☐ Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000 ☐ $10,000 - $30,000 ☐ $30,000 - $100,000 ☒ Over $100,000

☐ Medical Bills $________ ☐ Wage Loss $________ ☐ Property Damages $________

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation ☐ Yes ☒ No
B. Arbitration ☐ Yes ☒ No
C. Settlement Conference ☐ Yes ☒ No
D. Neutral Evaluation ☐ Yes ☒ No

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated* ***LENGTH OF TRIAL.***

***(Case will be tracked accordingly)***

☒ 1/2 day of trial or less
☐ 1 day of trial time
☐ 2 days of trial time
☐ 3 days of trial time
☐ More than 3 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

***For all jurisdictions,*** *if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited -** Trial within 7 months of Defendant's response

☐ **Standard -** Trial within 18 months of Defendant's response

EMERGENCY RELIEF REQUESTED