**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue
Rockville, Maryland 20850

Main: 240-777-9400

**To:** OAKLYF, LLC
1600 BROADWAY, SUITE 50
OAKLAND, CA 94612
**Serve On:** KY HANG
2240 E 17TH STREET
OAKLAND, CA 94606

**Case Number:** **C-15-CV-26-002296**
**Other Reference Number(s):**

**BOTTOM LINE CONCEPTS, LLC VS. DSWC, INC., ET AL.**

Issue Date: 04/20/2026
Expiration Date: 06/19/2026

## WRIT OF SUMMONS (NEW CASE)

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this Court, to the attached complaint filed by:

Bottom Line Concepts, LLC
3323 NE 163rd Street, Suite 302
North Miami Beach FL 33160

Witness, the Honorable Chief Judge of the Sixth Judicial Circuit of Maryland.

TO THE PERSON SUMMONED:

1. Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
2. If you have been served with a Scheduling Order, your appearance is required pursuant to the Scheduling Order, regardless of the date your response is due.
3. If you have questions, you should see an attorney immediately. If you need help finding an attorney, you may contact the Bar Association of Montgomery County's Lawyer Referral Service online at www.barmont.org or by calling (301) 279-9100.

Karen A. Bushell
Karen A. Bushell
Clerk of the Circuit Court

NOTE:

1. This summons is effective only if served within 60 days after the date issued. If it is not served within the 60 days, the moving party must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reason(s).
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).
5. Service of the Summons CANNOT be made by the moving party.

## RETURN

☐ Served ______________________ on ______________ at ______________________
Whom / Date / City/State/Country

☐ Summons and ☐ Show Cause Order and ☐ Complaint/Petition/Motion Served

☐ Unserved ______________ ______________________________
Date / Reason

______________________________ ☐ Sheriff
Signature