IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BOTTOM LINE CONCEPTS, LLC,

Plaintiff,

v. Civil Action No.: 1:26-cv-02200

DSWC INC.,
OAKLYFE LLC,
CCSAC INC.,

Defendants.

**CORPORATE DISCLOSURE STATEMENT OF CCSAC INC.**

Pursuant to F.R.C.P. Rule 7.1 to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant, CCSAC INC., in the above-captioned action, certifies that the following corporate affiliations exist with Nug, Inc.

Respectfully submitted this 2nd day of June 2026.

DSWC, INC.
OAKLYFE LLC
CCSAC INC.

*/s/ James R. Harvey*
Of Counsel

James R. Harvey (Atty Id. 1006100006)
Woods Rogers Vandeventer Black PLC
101 W. Main Street, Suite 500
Norfolk, VA 23510
Phone: 757-446-8600
Facsimile: 757-446-8670
Email: James.Harvey@woodsrogers.com

Tyler R. Dowdall, (Pro Hac Vice forthcoming)
Tarter Krinsky & Drogin LLP
1880 Century Park East, Suite 1104
Los Angeles, California 90067
Telephone: (424) 330-8580 / Facsimile: (315) 512-1465
Email: tdowdall@tarterkrinsky.com

*Counsel for Defendants*