IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BOTTOM LINE CONCEPTS, LLC,

Plaintiff,

v. Civil Action No.: 1:26-cv-02200

DSWC INC.,
OAKLYFE LLC,
CCSAC INC.,

Defendants.

**DEFENDANTS' MOTION TO DISMISS**

Defendants DSWC Inc., a California corporation; OAKLYFE LLC, a California limited liability company, and CCSAC Inc., a California corporation, hereby move to dismiss this action for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). The grounds for Defendants' Motion are set forth in the accompanying Memorandum of Law.

DSWC, INC.
OAKLYFE LLC
CCSAC INC.

*/s/ James R. Harvey, III*
Of Counsel

James R. Harvey (Atty Id. 1006100006)
Woods Rogers Vandeventer Black PLC
101 W. Main Street, Suite 500
Norfolk, VA 23510
Phone: 757-446-8600
Facsimile: 757-446-8670
James.Harvey@woodsrogers.com

Tyler R. Dowdall, (*Pro Hac Vice* forthcoming)
Tarter Krinsky & Drogin LLP
1880 Century Park East, Suite 1104
Los Angeles, California 90067

Telephone: (424) 330-8580
Facsimile: (315) 512-1465
tdowdall@tarterkrinsky.com

*Counsel for Defendants*