IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BOTTOM LINE CONCEPTS, LLC,

Plaintiff,

v. Civil Action No.:

DSWC INC.,
OAKLYFE LLC,
CCSAC INC.,

Defendants.

**DECLARATION OF RUSSELL GREENMAN**

Pursuant to 28 U.S.C. §1746, I, Russell Greeman, on this 2nd day of June, 2026, declare under penalty of perjury that the following is true and correct:

1. I am over age of 18 and competent to provide this Declaration.

2. I am the General Counsel for Defendants CCSAC Inc., DSWC, Inc. and Oaklyfe LLC (collectively, the "Defendants"). I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

3. This Declaration is based upon my personal knowledge and upon the information contained in records and documents of the Defendants, which I have personally reviewed.

4. At all pertinent times, I have had custody of and access to the transactional, operational, and financial books and records of the Defendants, and I am familiar with the transactions reflected thereby. I make this Declaration based upon my personal knowledge and the information contained in the records, which I have personally reviewed and which this Declaration accurately reflects. In my capacity as Custodian of Records, I can state that the records and other documents in the files of the Defendants constitute writings made in the regular and ordinary course of business, at or near the time of the events, or acts, of which they are a record. I further state from my own knowledge that each such record or document was prepared by persons employed by or otherwise working for and on behalf of the Defendants who had personal knowledge of the event being recorded and who had a duty to accurately record the event.

5. Attached hereto as Exhibit 1 is an invoice from Plaintiff to CCSAC dated April 17, 2023.

6. Attached hereto as Exhibit 2 is an invoice from Plaintiff to Oaklyfe dated April 14, 2023.

7. Attached hereto as Exhibit 3 is an invoice from Plaintiff to DSWC dated January 29, 2025. Attached hereto as Exhibit 4 is a copy of the IRS refund check to DSWC dated December 20, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2026.

Russell Greenman

4932-1947-7937,

**Bottom Line Concepts LLC**
3323 NE 163rd Street, Suite 302
North Miami Beach FL 33160
United States
(212) 668-1111
accounting@bottomlinesavings.com

BottomLine CONCEPTS
We audit for refunds & negotiate for savings

# INVOICE

**Bill To**
CCSAC Inc
634 Las Barrancas Dr
Danville CA 94526
United States

**PO#**

**INVOICE #** INV05647
**DATE** 04/17/2023

**TERMS** Due Upon Receipt of Refund

| Description | Savings | BLC % | Amount |
|---|---|---|---|
| Employee Retention Credit Q1 2021 | 576,832.05 | 30% | $173,049.62 |
| Employee Retention Credit Q2 2021 | 612,810.24 | 30% | $183,843.07 |

We would greatly appreciate payment being made through the payment link. If you require sending the funds through an alternative system, here is our banking information:

| | |
|---|---|
| **TOTAL** | $356,892.69 |
| **PAYMENT** | ($0.00) |
| **BALANCE DUE** | $356,892.69 |

**Payment Options**

**Payment Portal**

CLICK TO PAY

**ACH/Wire Payments**

| | |
|---|---|
| Organization | Bottom Line Concepts LLC |
| Bank Name | Bank of America, NA |
| Swift Code | BOFAUS3N |
| Bank Address | 100 w33rd Street<br>New York, NY 10001 |
| Account # | 898115202581 |
| ACH Routing # | 063100277 |
| Wire Routing # | 026009593 |

**Checks**

**Remittance Address:**
Bottom Line Concepts LLC
P.O. Box 749054
Atlanta, GA 30374-9054

**This is a lockbox**

EXHIBIT 1

**Bottom Line Concepts LLC**
3323 NE 163rd Street, Suite 302
North Miami Beach FL 33160
United States
(212) 668-1111
accounting@bottomlinesavings.com

BottomLine CONCEPTS
We audit for refunds & negotiate for savings

# INVOICE

**Bill To**
Oaklyf LLC
2204 E 17th Ave
Oakland CA 94606
United States

**PO#**

**INVOICE #** INV05640
**DATE** 04/14/2023

**TERMS** Due Upon Receipt of Refund

| Description | Savings | BLC % | Amount |
|---|---|---|---|
| Employee Retention Credit Q1 2021 | 7,443.44 | 30% | $2,233.03 |
| Employee Retention Credit Q2 2021 | 96,711.19 | 30% | $29,013.36 |

We would greatly appreciate payment being made through the payment link. If you require sending the funds through an alternative system, here is our banking information:

| | |
|---|---|
| **TOTAL** | $31,246.39 |
| **PAYMENT** | ($0.00) |
| **BALANCE DUE** | $31,246.39 |

**Payment Options**

**Payment Portal**

CLICK TO PAY
ACH

**ACH/Wire Payments**

| | |
|---|---|
| Organization | Bottom Line Concepts LLC |
| Bank Name | Bank of America, NA |
| Swift Code | BOFAUS3N |
| Bank Address | 100 w33rd Street<br>New York, NY 10001 |
| Account # | 898115202581 |
| ACH Routing # | 063100277 |
| Wire Routing # | 026009593 |

**Checks**

**Remittance Address:**
Bottom Line Concepts LLC
P.O. Box 749054
Atlanta, GA 30374-9054

**This is a lockbox**

EXHIBIT 2

**Bottom Line Concepts LLC**
3323 NE 163rd Street, Suite 302
North Miami Beach FL 33160
United States
(212) 668-1111
accounting@bottomlinesavings.com

BottomLine CONCEPTS
We audit for refunds & negotiate for savings

# INVOICE

**Bill To**
DSWC
2601c Blanding Ave #408
Alameda California 94501
United States

**PO#**

**INVOICE #** INV32657
**DATE** 01/29/2025

**TERMS** Due Upon Receipt of Refund

| Description | ERC Granted | Fee % | BLC Fee |
|---|---|---|---|
| Employee Retention Credit Q2 2021 | 225,257.86 | 30% | $67,577.36 |
| Employee Retention Credit Interest | 10,136.6 | 30% | $3,040.98 |

We would greatly appreciate payment being made through the payment link. If you require sending the funds through an alternative system, here is our banking information:

| | |
|---|---|
| **TOTAL** | $70,618.34 |
| **PAYMENT** | ($0.00) |
| **BALANCE DUE** | $70,618.34 |

**Payment Options**

**Payment Portal**

**ACCOUNT NUMBER: 5128**

CLICK TO PAY

**ACH/Wire Payments**

| | |
|---|---|
| Organization | Bottom Line Concepts LLC |
| Bank Name | Bank of America, NA |
| Swift Code | BOFAUS3N |
| Bank Address | 100 w33rd Street<br>New York, NY 10001 |
| Account # | 898115202581 |
| ACH Routing # | 063100277 |
| Wire Routing # | 026009593 |

**Checks**

**Remittance Address:**
Bottom Line Concepts LLC
P.O. Box 749054
Atlanta, GA 30374-9054

**This is a lockbox**



United States Treasury 15-51/000 B 439,547,423

Check No.

12 20 22 20092900 KANSAS CITY, MO 4045 13933161

000800791006 4045 13933161 I 20223392900000

Pay to the order of

DSWC
2601C BLANDING AVE SUITE 0420
ALAMEDA CA 94501 1507

$**230059*72

VOID AFTER ONE YEAR

REGIONAL DISBURSING OFFICER

008

Vona S. Robinson

023867

DSWC OGDEN 06/2021 F-941 REF 01
4,801.85 INT 132 DAYS

40458 000000518 139331610 051222



WARNING - DO NOT CASH CHECK WITHOUT NOTING WATERMARK

HOLD TO LIGHT TO VERIFY WATERMARK

Forgery of endorsements on Treasury Checks is a Federal crime. Maximum penalty is a $10,000 fine and ten years imprisonment. (8-97)

For Deposit Only

EXHIBIT 4