# IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

BOTTOM LINE CONCEPTS, LLC
3323 NE 163rd Street, Suite 302
North Miami Beach, FL 33160

*Plaintiff*

vs.

DSWC INC.
3089 Teagarden St.
San Leandro, CA 94577

**SERVE: Registered Agent**
Russell Greenman
2601C Blanding Ave Ste 408
Alameda, CA 94501

And

OAKLYF LLC
1600 Broadway Suite 50
Oakland, CA 94612

**SERVE: Registered Agent**
KY HANG
2240 E 17th Street
Oakland, CA 94606

And

CCSAC INC
580 Julie Ann Way
Oakland, CA 94621

**SERVE: Registered Agent**
John Oram
2601 C Blanding Ave Ste 408
Alameda, CA 94501

*Defendants*

Case No. ______________________

## COMPLAINT

COMES NOW, Plaintiff, BOTTOM LINE CONCEPTS, LLC, by and through counsel, Jeesang Shin, Esq. and The Law Offices of Ronald S. Canter, LLC, files suit against Defendants DSWC INC., OAKLYF LLC, and CCSAC INC (collectively, Defendants") and respectfully represents unto this Court:

### PARTIES

1. Plaintiff, BOTTOM LINE CONCEPTS, LLC (hereinafter "Bottom Line") operates throughout the United States and its principal place of business is in the State of Florida.

2. Defendant, DSWC INC. ("DSWC"), is a California company with its principal place of business in the State of California.

3. Defendant, OAKLYF LLC ("OAKLYF"), is a California limited liability company with its principal place of business in the State of California.

4. Defendant, CCSAC INC ("CCSAC"), is a California company with its principal place of business in the State of California.

### VENUE AND JURISDICTION

5. This Court has jurisdiction pursuant to the express written Consulting Agreement by and between Defendants and Bottom Line (the "Agreement"), wherein the parties submitted to jurisdiction in Montgomery County, Maryland.

6. Venue in Montgomery County is appropriate because Defendants and Bottom Line are obligated under the Agreement to bring an action arising out of the Agreement in Montgomery County, Maryland.

**COUNT I**
**(BREACH OF CONTRACT)**

7. Bottom Line and Defendants entered into the Agreement dated January 26, 2022, a copy of which is attached hereto as [Exhibit 1], pursuant to which Bottom Line agreed to provide certain consulting services with respect to Defendants' potential claims for Employee Retention Credits ("ERC"), in exchange for a fee based upon a percentage of the total amount of any ERC refunds received by Defendants.

8. Bottom Line fully performed its services under the Agreement, which resulted in Defendants receiving substantial ERC refunds from the federal government.

9. Defendant CCSAC obtained ERC refunds in at least the total amount of $1,189,642.29.

10. As a result, under the Agreement Defendant CCSAC owes Bottom Line a consulting fee of at least $356,892.69, exclusive of interest.

11. Defendant DSWC obtained ERC refunds in at least the total amount of $235,394.46.

12. As a result, under the Agreement Defendant DSWC owes Bottom Line a consulting fee of at least $70,618.34, exclusive of interest.

13. Defendant OAKLYF obtained ERC refunds in at least the total amount of $104,154.63.

14. As a result, under the Agreement Defendant OAKLYF owes Bottom Line a consulting fee of at least $31,246.39, exclusive of interest.

15. Despite demand, Defendants have failed to pay the full balance due and owing under the Agreement.

16. The Agreement provides that in the event a party institutes a lawsuit related to the Agreement, the prevailing party is entitled to recover its reasonable attorneys' fees and expenses. [Exhibit 1 at Part J.3.].

WHEREFORE, your Plaintiff demands judgment against (1) Defendant CCSAC Inc. in the sum of $356,892.69, (2) Defendant DSWC Inc in the sum of $70,618.34 and (3) Defendant OAKLYFE LLC in the sum of $31,246.39, plus prejudgment and post-judgment interest, plus court costs, plus reasonable attorney's fees.

THE LAW OFFICES OF RONALD S. CANTER, LLC

Dated: April 17, 2026

/s/ Jeesang Shin

Jeesang Shin, Esquire (#2410011016)
2200 Research Boulevard, Suite 560
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
E-Mail: jshin@roncanterllc.com
*Attorney for Plaintiff*