**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(GREENBELT DIVISION)**

| | | |
|---|---|---|
| BOTTOM LINE CONCEPTS, LLC | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| vs. | ) | Case No. 8:26-cv-02200-PX |
| | ) | |
| DSWC INC., ET AL. | ) | |
| | ) | |
| *Defendants* | ) | |
| | ) | |

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT OAKLYFE, LLC ONLY**

COMES NOW, Plaintiff, BOTTOM LINE CONCEPTS, LLC, by and through undersigned counsel, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), provides notice that this matter should be dismissed as to Defendant Oaklyfe LLC only. The claims against the other defendants remain pending.

Pursuant to Rule 41(a)(1)(B), the dismiss is without prejudice.

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Bradley T. Canter
Bradley T. Canter, Esquire (#18995)
2200 Research Boulevard, Suite 560
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
E-Mail: bcanter@roncanterllc.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of June, 2026, a copy of the foregoing was served by ECF/CM procedures to:

James Richard Harvey, III
101 W. Main Street, Suite 500
Norfolk, VA 23510
Jim.harvey@woodsrogers.com
*Attorney for Defendants*

/s/ Bradley T. Canter
Bradley T. Canter, Esq.