**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(GREENBELT DIVISION)**

| | | |
|---|---|---|
| BOTTOM LINE CONCEPTS, LLC | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| vs. | ) | Case No. 8:26-cv-02200-PX |
| | ) | |
| DSWC INC., ET AL. | ) | |
| | ) | |
| *Defendants* | ) | |
| | ) | |

**AMENDED COMPLAINT**

COMES NOW, Plaintiff, BOTTOM LINE CONCEPTS, LLC, by and through undersigned counsel, files its Amended Complaint against Defendants DSWC INC. and CCSAC INC (collectively, Defendants") and respectfully represents unto this Court:

**PARTIES**

1. Plaintiff, BOTTOM LINE CONCEPTS, LLC (hereinafter "Bottom Line") operates throughout the United States and its principal place of business is in the State of Florida.

2. Defendant, DSWC INC. ("DSWC"), is a California company with its principal place of business in the State of California.

3. Defendant, CCSAC INC ("CCSAC"), is a California company with its principal place of business in the State of California.

4. This action was originally filed in the Circuit Court for Montgomery County, Maryland, Case No. C-15-CV-26-02296, and removed to this Court by Defendants on June 2, 2026. *See*, [ECF No. 1].

**COUNT I**
**(BREACH OF CONTRACT)**

5. Bottom Line and Defendants entered into an agreement dated January 25, 2022, a copy of which is attached hereto as [Exhibit 1], pursuant to which Bottom Line agreed to provide certain consulting services with respect to Defendants' potential claims for Employee Retention Credits ("ERC"), in exchange for a fee based upon a percentage of the total amount of any ERC refunds received by Defendants.

6. Bottom Line fully performed its services under the Agreement, which resulted in Defendants receiving substantial ERC refunds from the federal government.

7. Defendant CCSAC obtained ERC refunds in at least the total amount of $1,189,642.29.

8. As a result, under the Agreement Defendant CCSAC owes Bottom Line a consulting fee of at least $356,892.69, exclusive of interest.

9. For Defendant DSWC, Bottom Line assisted DSWC in obtaining ERC refunds for the first and second quarters of 2021 ("Q1 2021" and "Q2 2021").

10. For Q1 2021, DSWC received ERC refunds in the amount of $193,035.78. Upon receiving those funds, DSWC notified Bottom Line on or about July 22, 2022, and Bottom Line sent an invoice to DSWC for its fee of $57,910.73. DSWC paid the fee related to the ERC refunds received for Q1 2021.

11. Despite purportedly receiving ERC refunds for Q2 2021, DSWC concealed that fact to Bottom Line and never notified Bottom Line of the receipt of any ERC refund for Q1 2021. Bottom Line initiated numerous communications over many months attempting to request information from DWSC about the timing of any receipt of ERC refunds for Q2 2021, but DSWC ignored all outreach from Bottom Line.

12. Bottom Line further requested that DSWC complete an IRS Form 8821 so that Bottom Line could monitor the status of the Q2 2021 directly (through tax transcripts from the IRS), but DWSC, contrary to its obligations under the parties' Agreement, refused to execute such form.

13. Bottom Line did not learn that DSWC had received ERC for Q2 2021 until on or about January 29, 2025, and invoiced DSWC at the same time for fees totaling $235,394.46. Under the Agreement Defendant DSWC owes Bottom Line a consulting fee for Q2 2021 of at least $70,618.34, exclusive of interest.

14. Despite demand, Defendants have failed to pay the full balance due and owing under the Agreement.

15. The Agreement provides that in the event a party institutes a lawsuit related to the Agreement, the prevailing party is entitled to recover its reasonable attorneys' fees and expenses. [Exhibit 1 at Part J.3.].

WHEREFORE, your Plaintiff demands judgment against (1) Defendant CCSAC Inc. in the sum of $356,892.69 and (2) Defendant DSWC Inc in the sum of at least $70,618.34, plus prejudgment and post-judgment interest, plus court costs, plus reasonable attorney's fees.

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Bradley T. Canter

Bradley T. Canter, Esquire (#18995)
2200 Research Boulevard, Suite 560
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
E-Mail: bcanter@roncanterllc.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of June, 2026, a copy of the foregoing was served by ECF/CM procedures to:

James Richard Harvey, III
101 W. Main Street, Suite 500
Norfolk, VA 23510
Jim.harvey@woodsrogers.com
*Attorney for Defendants*

/s/ Bradley T. Canter
Bradley T. Canter, Esq.