**IN THE UNITED STATES DISTRICT COURT~~CIRCUIT COURT FOR~~**
**~~MONTGOMERY COUNTY, MARYLAND~~**
**FOR THE DISTRICT OF MARYLAND**
**(GREENBELT DIVISION)**

BOTTOM LINE CONCEPTS, LLC )
~~3323 NE 163rd Street, Suite 302~~ )
~~North Miami Beach, FL 33160~~ )
)
*Plaintiff* )
)
vs. ) Case No. 8:26-cv-02200-PX
)
DSWC INC., ET AL. )
~~3089 Teagarden St.~~ )
~~San Leandro, CA 94577~~ )
) ~~Case No.~~ ____________________
~~**SERVE: Registered Agent**~~ )
~~Russell Greenman~~ )
~~2601C Blanding Ave Ste 408~~ )
~~Alameda, CA 94501~~ )
)
~~And~~ )
)
~~OAKLYF LLC~~ )
~~1600 Broadway Suite 50~~ )
~~Oakland, CA 94612~~ )
)
~~**SERVE: Registered Agent**~~ )
~~KY HANG~~ )
~~2240 E 17th Street~~ )
~~Oakland, CA 94606~~ )
)
~~And~~ )
)
~~CCSAC INC~~ )
~~580 Julie Ann Way~~ )
~~Oakland, CA 94621~~ )
)
~~**SERVE: Registered Agent**~~ )
~~John Oram~~ )
~~2601 C Blanding Ave Ste 408 Alameda, CA 94501~~ )
)
*Defendants* )
)

Formatted: Indent: Left: 0"

**AMENDED COMPLAINT**

COMES NOW, Plaintiff, BOTTOM LINE CONCEPTS, LLC, by and through undersigned counsel~~, Jeesang Shin, Esq. and The Law Offices of Ronald S. Canter, LLC~~, files its Amended Complaint ~~suit~~ against Defendants DSWC INC. and~~, OAKLYF LLC, and~~ CCSAC INC (collectively, Defendants") and respectfully represents unto this Court:

**PARTIES**

1. Plaintiff, BOTTOM LINE CONCEPTS, LLC (hereinafter "Bottom Line") operates throughout the United States and its principal place of business is in the State of Florida.

2. Defendant, DSWC INC. ("DSWC"), is a California company with its principal place of business in the State of California.

~~3. Defendant, OAKLYF LLC ("OAKLYF"), is a California limited liability company with its principal place of business in the State of California.~~

3. Defendant, CCSAC INC ("CCSAC"), is a California company with its principal place of business in the State of California.

4. This action was originally filed in the Circuit Court for Montgomery County, Maryland, Case No. C-15-CV-26-02296, and removed to this Court by Defendants on June 2, 2026. *See*, [ECF No. 1].

~~**VENUE AND JURISDICTION**~~

~~5. This Court has jurisdiction pursuant to the express written Consulting Agreement by and between Defendants and Bottom Line (the "Agreement"), wherein the parties submitted to jurisdiction in Montgomery County, Maryland.~~

6. Venue in Montgomery County is appropriate because Defendants and Bottom Line are obligated under the Agreement to bring an action arising out of the Agreement in Montgomery County, Maryland.

**COUNT I**
**(BREACH OF CONTRACT)**

7.5. Bottom Line and Defendants entered into anthe Aagreement dated January 265, 2022, a copy of which is attached hereto as [Exhibit 1], pursuant to which Bottom Line agreed to provide certain consulting services with respect to Defendants' potential claims for Employee Retention Credits ("ERC"), in exchange for a fee based upon a percentage of the total amount of any ERC refunds received by Defendants.

8.6. Bottom Line fully performed its services under the Agreement, which resulted in Defendants receiving substantial ERC refunds from the federal government.

9.7. Defendant CCSAC obtained ERC refunds in at least the total amount of $1,189,642.29.

10.8. As a result, under the Agreement Defendant CCSAC owes Bottom Line a consulting fee of at least $356,892.69, exclusive of interest.

9. For Defendant DSWC, Bottom Line assisted DSWC in obtaining ERC refunds for the first and second quarters of 2021 ("Q1 2021" and "Q2 2021").

10. For Q1 2021, DSWC received obtained ERC refunds in the amount of $193,035.78in at least the total amount of $235,394.46. Upon receiving those funds, DSWC notified Bottom Line on or about July 22, 2022, and Bottom Line sent an invoice to DSWC for its fee of $57,910.73. DSWC paid the fee related to the ERC refunds received for Q1 2021.

11. Despite purportedly receiving ERC refunds for Q2 2021, DSWC concealed that fact to Bottom Line and never notified Bottom Line of the receipt of any ERC refund for Q1 2021. Bottom Line initiated numerous communications over many months attempting to request information from DWSC about the timing of any receipt of ERC refunds for Q2 2021, but DSWC ignored all outreach from Bottom Line.

12. Bottom Line further requested that DSWC complete an IRS Form 8821 so that Bottom Line could monitor the status of the Q2 2021 directly (through tax transcripts from the IRS), but DWSC, contrary to its obligations under the parties' Agreement, refused to execute such form.

~~11.~~ Bottom Line did not learn that DSWC had received ERC for Q2 2021 until on or about January 29, 2025, and invoiced DSWC at the same time for fees totaling $235,394.46.

~~12.~~13. ~~As a result, u~~Under the Agreement Defendant DSWC owes Bottom Line a consulting fee for Q2 2021 of at least $70,618.34, exclusive of interest.

~~13. Defendant OAKLYF obtained ERC refunds in at least the total amount of $104,154.63.~~

~~14. As a result, under the Agreement Defendant OAKLYF owes Bottom Line a consulting fee of at least $31,246.39, exclusive of interest.~~

~~15.~~14. Despite demand, Defendants have failed to pay the full balance due and owing under the Agreement.

~~16.~~15. The Agreement provides that in the event a party institutes a lawsuit related to the Agreement, the prevailing party is entitled to recover its reasonable attorneys' fees and expenses. [Exhibit 1 at Part J.3.].

WHEREFORE, your Plaintiff demands judgment against (1) Defendant CCSAC Inc. in the sum of $356,892.69 and~~,~~ (2) Defendant DSWC Inc in the sum of at least $70,618.34 ~~and (3)~~

Defendant OAKLYFE LLC in the sum of $31,246.39, plus prejudgment and post-judgment interest, plus court costs, plus reasonable attorney's fees.

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Jeesang ShinBradley T. Canter
Bradley T. CanterJeesang Shin, Esquire (#189952410011016))
2200 Research Boulevard, Suite 560
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
E-Mail: bcanterjshin@roncanterllc.com
*Attorney for Plaintiff*

Field Code Changed

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2026, a copy of the foregoing was served by ECF/CM procedures to:

Formatted: Superscript

James Richard Harvey, III
101 W. Main Street, Suite 500
Norfolk, VA 23510
Jim.harvey@woodsrogers.com
*Attorney for Defendants*

Field Code Changed

/s/ Bradley T. Canter
Bradley T. Canter, Esq.

Formatted: Font: Not Bold