**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(GREENBELT DIVISION)**

| | | |
|---|---|---|
| BOTTOM LINE CONCEPTS, LLC | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| vs. | ) | Case No. 8:26-cv-02200-PX |
| | ) | |
| DSWC INC., ET AL. | ) | |
| | ) | |
| *Defendants* | ) | |
| | ) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

COMES NOW, Plaintiff, BOTTOM LINE CONCEPTS, LLC, by and through undersigned counsel, and opposes Defendants' Motion to Dismiss filed on June 2, 2026 [ECF No. 6], and in support thereof states as follows:

1. On June 2, 2026, Defendants removed this case to this Court from the Circuit Court for Montgomery County, Maryland. [ECF No. 1].

2. On the same day, Defendants filed their Motion to Dismiss contending that Plaintiff's claims are barred by the statute of limitations. [ECF No. 5-6].

3. On June 16, 2026, Plaintiff voluntarily dismissed Defendant Oaklyfe LLC pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i). [ECF No. 10].

4. Plaintiff also filed its Amended Complaint, rendering Defendants' Motion to Dismiss as moot. *See*, *Howard v. Ocwen Loan Servicing, Inc.*, 2019 WL 4750333, at *1 (Sept. 30, 2019) ("The filing of the Amended Complaint renders moot the pending Motion to Dismiss").

5. The Amended Complaint alleges additional facts establishing that Plaintiff's claims against Defendants DSWC Inc. and CCSAC, Inc. were filed withing the statute of limitations.

6. As to Defendant CCSAC, Inc., Defendant incorrectly states the date of filing of Plaintiff's Complaint in state court as April 20, 2026. In fact, Plaintiff's Complaint was filed on April 17, 2026, making the claims against CCSAC, Inc. timely under Defendant's own analysis. *See*, [ECF No. 6 at pg. 3] ("As to CCSAC, the last day to initiate litigation under Maryland law was three years following the invoice…or April 17, 2026").

7. As to Defendant DSWC Inc., the Amended Complaint sets forth facts of Defendant's concealment of its receipt of the ERC and failures to communicate the receipt of any monies to Plaintiff in breach of its obligations under the parties' agreement.

WHEREFORE, your Plaintiff, Bottom Line Concepts, LLC, respectfully requests that this Honorable Court deny Defendants' Motion to Dismiss as moot.

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Bradley T. Canter
Bradley T. Canter, Esquire (#18995)
2200 Research Boulevard, Suite 560
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
E-Mail: bcanter@roncanterllc.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of June, 2026, a copy of the foregoing was served by ECF/CM procedures to:

James Richard Harvey, III
101 W. Main Street, Suite 500
Norfolk, VA 23510
Jim.harvey@woodsrogers.com
*Attorney for Defendants*

/s/ Bradley T. Canter
Bradley T. Canter, Esq.