IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BOTTOM LINE CONCEPTS, LLC,

Plaintiff,

v.

Civil Action No.: 8:26-cv-02200-PX

DSWC INC.,
CCSAC INC.,

Defendants.

**DEFENDANTS' MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER AND COUNTERCLAIM**

Defendants DSWC Inc., a California corporation; OAKLYF LLC, a California limited liability company, and CCSAC Inc., a California corporation, hereby move for leave to amend their Answer, and to add a Counterclaim. The grounds for Defendant's Motion are set forth in the accompanying memorandum of law.

Pursuant to Local Rule 103, counsel requested that Plaintiff consent to the filing of an Amended Answer and Counterclaims. Counsel for Plaintiff would not agree absent client approval, which was not provided prior to the deadline to bring this Motion pursuant to the Court's Scheduling Order (ECF 20).

**WOODS ROGERS**
**VANDEVENTER BLACK PLC**

/s/
James R. Harvey (Atty Id. 1006100006)
Woods Rogers Vandeventer Black PLC
101 W. Main Street, Suite 500
Norfolk, VA 23510
Phone: 757-446-8600 / Facsimile: 757-446-8670
James.Harvey@woodsrogers.com

Tyler R. Dowdall, (*Pro Hac Vice* forthcoming)

Tarter Krinsky & Drogin LLP
1880 Century Park East, Suite 1104
Los Angeles, California 90067
Telephone: (424) 330-8580
Facsimile: (315) 512-1465
tdowdall@tarterkrinsky.com

*Attorneys for Defendants*