IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BOTTOM LINE CONCEPTS, LLC,

Plaintiff,

v.

Civil Action No.: 8:26-cv-02200-PX

DSWC INC.,
CCSAC INC.,

Defendants.

**DEFENDANTS' NOTICE OF CORRECTED DECLARATION OF TYLER R. DOWDALL**

Defendants DSWC Inc., a California corporation; OAKLYF LLC, a California limited liability company, and CCSAC Inc., a California corporation, by counsel, file a corrected Declaration of Tyler R. Dowdall to Defendants' Memorandum in Support of Motion for Leave to File First Amended Answer and Counterclaim (Dkt. #26).

**WOODS ROGERS VANDEVENTER BLACK PLC**

/s/ ______________________
James R. Harvey (Atty Id. 1006100006)
Woods Rogers Vandeventer Black PLC
101 W. Main Street, Suite 500
Norfolk, VA 23510
Phone: 757-446-8600 / Facsimile: 757-446-8670
James.Harvey@woodsrogers.com

Tyler R. Dowdall, (*Pro Hac Vice* forthcoming)
Tarter Krinsky & Drogin LLP
1880 Century Park East, Suite 1104
Los Angeles, California 90067
Telephone: (424) 330-8580
Facsimile: (315) 512-1465
tdowdall@tarterkrinsky.com

*Attorneys for Defendants*