IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BOTTOM LINE CONCEPTS, LLC,

Plaintiff,

v. Civil Action No.: 8:26-cv-02200-PX

DSWC INC., and
CCSAC INC.,

Defendants.

**DEFENDANTS' MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA**

Defendants DSWC Inc., a California corporation; OAKLYF LLC, a California limited liability company, and CCSAC Inc., a California corporation, hereby move to transfer this case for improper venue pursuant to Federal Rule of Civil Procedure Rule 12(b)(3) and 28 U.S.C. § 1404(a). The grounds for Defendant's Motion are set forth in the accompanying memorandum of law.

**WOODS ROGERS VANDEVENTER BLACK PLC**

/s/
James R. Harvey (Atty Id. 1006100006)
Woods Rogers Vandeventer Black PLC
101 W. Main Street, Suite 500
Norfolk, VA 23510
Telephone: (757) 446-8600
Facsimile: (757) 446-8670
Email: James.Harvey@woodsrogers.com

Tyler R. Dowdall, (*Pro Hac Vice* forthcoming)
Tarter Krinsky & Drogin LLP
1880 Century Park East, Suite 1104
Los Angeles, California 90067
Telephone: (424) 330-8580
Facsimile: (315) 512-1465
Email: tdowdall@tarterkrinsky.com
*Attorneys for Defendants*