**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(GREENBELT DIVISION)**

| | | |
|---|---|---|
| BOTTOM LINE CONCEPTS, LLC<br><br>*Plaintiff*<br><br>vs.<br><br>DSWC INC., ET AL.<br><br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 8:26-cv-02200-PX |

**ORDER**

UPON CONSIDERATION of the Joint Motion for Extension of Time for Briefing Defendants' Motion for Leave to File First Amended Answer and Counterclaim [ECF No. 25] and Motion to Transfer Case [ECF No. 29], and good cause shown, it is this 5th day of November, 2026,

**ORDERED**, that the Motion is **GRANTED**,

**ORDERED**, that Defendant's deadline to file their Reply in Support of their Motion for Leave to File First Amended Answer and Counterclaim is **EXTENDED** up to and through November 25, 2026, and it is further,

**ORDERED**, that Plaintiff's deadline to file its Opposition to the Motion to Transfer is **EXTENDED** up to and through November 25, 2026, and any Reply should be filed by December 9, 2026.

/s/
Paula Xinis
United States District Judge