**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(GREENBELT DIVISION)**

| | | |
|---|---|---|
| BOTTOM LINE CONCEPTS, LLC | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| vs. | ) | Case No. 8:26-cv-02200-PX |
| | ) | |
| DSWC INC., ET AL. | ) | |
| | ) | |
| *Defendants* | ) | |
| | ) | |

**JOINT MOTION FOR TO SEAL A PORTION OF THE RECORD [ECF NO. 31]**

NOW COME, Plaintiff, Bottom Line Concepts, LLC, and Defendants, CCSAC, Inc. and DSWC, Inc., by and through undersigned counsel, and jointly move to seal a portion of the record pursuant to Local Rule 105.11 in order to protect a party's sensitive bank account information. In support of this motion, the Parties state as follows:

1. Defendants filed a Motion to Transfer Venue, Memorandum in Support and Declaration on October 28, 2026 [ECF No. 29].

2. Exhibit A to the Declaration of Russell Greenman [ECF No. 29-2] contains Plaintiffs' invoices that include its ACH/Wire payment instructions with specific bank account information.

3. This sensitive account information is not relevant to any of the issues in dispute between the parties, and continued public disclosure of such information creates a risk that third-parties could access the banking information of Plaintiff.

4. When Plaintiff alerted Defendants to this unintended disclosure, Defendants contacted the Court who temporarily removed the entire Declaration from the ECF Docket.

5. Parties now seek to seal only that portion of the filing containing Plaintiff's bank account information to protect this information from public disclosure by redacting such information and refiling the declaration and its exhibits appropriately redacted.

6. The Parties concur that alternatives to sealing the bank account information of Plaintiff would not provide sufficient protection to Plaintiffs, and no other realistic alternatives exist.

7. A copy of the Declaration with the redacted Exhibit A is attached.

WHEREFORE, in accordance with Local Rule 105.11 of this Court, Plaintiff and Defendants jointly request that the Court seal the Declaration in Defendants' Motion to Transfer Venue [ECF No. 29-2] and instead substitute the Declaration with the redacted Exhibit A attached to this Motion, and for such other and further relief as the Court finds appropriate.

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Bradley T. Canter

Bradley T. Canter, Esquire (#18995)
2200 Research Boulevard, Suite 560
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
E-Mail: bcanter@roncanterllc.com
*Attorney for Plaintiff*

*/s/ James R. Harvey, III*

James R. Harvey (Atty Id. 1006100006)
Woods Rogers Vandeventer Black PLC
101 W. Main Street, Suite 500
Norfolk, VA 23510
Phone: 757-446-8600
Facsimile: 757-446-8670
Email: James/Harvey@woodsrogers.com

*/s/ Tyler R. Dowdall*
Tyler R. Dowdall (*Pro Hac Vice* forthcoming)
Tarter Krinsky & Drogin LLP
1880 Century Park East, Suite 1104
Los Angeles, California 90067
Telephone: (424) 330-8580
Facsimile: (315) 512-1465
Email: tdowdall@tarterkrinsky.com

*Attorneys for Defendants*