**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(GREENBELT DIVISION)**

| | | |
|---|---|---|
| BOTTOM LINE CONCEPTS, LLC | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| vs. | ) | Case No. 8:26-cv-02200-PX |
| | ) | |
| DSWC INC., ET AL. | ) | |
| | ) | |
| *Defendants* | ) | |
| | ) | |

# ORDER

UPON CONSIDERATION of the Joint Motion for to Seal a Portion of the Record [ECF No. 33], and for good cause shown, it is this 9th day of November, 2026 **ORDERED**,

Whereas, the Parties filed a joint motion to seal a portion of the record in Defendants' Motion to Transfer Venue, Declaration of Russell Greenman, Exhibit A [ECF No. 29-2] containing sensitive bank account information of Plaintiff;

Whereas, the Parties submitted proposed reasons supported by specific factual information and representations as to the sensitive nature of Plaintiff's bank account and wiring information that should not otherwise be available for public disclosure;

Whereas, the Parties have identified the specific bank account information that should be sealed by substituting the Declaration with a redacted Exhibit A, without further limitations to the public disclosure of information;

Whereas, the Parties have stated why alternatives to sealing would not provide sufficient protection;

Whereas, the Court has considered the Joint Motion and any opposition thereto;

Whereas, the Court finds and holds that alternatives to sealing would not provide sufficient protection; and

Whereas, the Court finds and holds that sealing a portion of the record by redaction of banking information as identified in the Joint Motion and substitute the Declaration with the redacted Exhibit A is appropriate,

It is hereby **ORDERED**, that the Motion to Seal a Portion of the Record is **GRANTED**, and that the Declaration of Russell Greenman with the redacted Exhibit A shall be substituted for the originally filed ECF 29-2, and that the original Declaration and unredacted Exhibit A shall be and hereby is, PLACED UNDER SEAL of the Clerk of the Court and that the Sealed Record shall be placed in an envelope which is marked SEALED, SUBJECT TO ORDER OF THE COURT DATED November 9, 2026.

A copy of this Order shall be mailed to all counsel of record and to any other person entitled to notice hereof and shall be docketed in the court file.

______________/x/____________________
JUDGE PAULA XINIS
United States District Court